B03CV217

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: March 5, 2004 @ 1232 pm |
| TITLE George W. Balderas, Civil Process Server | United States District Court Southern District of Texas FILED MAR 0 8 2004 Michael N. Milby Clerk of Court |

Check one box below to indicate appropriate method of service:

[✓] Served personally upon the defendant.

Place where served: 1605 S. Reynolds, Rio Hondo, TX 78583

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| Travel | Services | Total |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

*George W. Balderas*
Signature of Server

P.O. Box 5206, McAllen, TX 78502-5206
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF NON-MILITARY STATUS

THE STATE OF TEXAS §
§
COUNTY OF Hidalgo §

BEFORE ME, the undersigned authority, on this day personally appeared George W. Balderas a person having knowledge of the matters hereinafter set forth and who is personally known to me and first being duly sworn according to law, upon his oath deposed and said:

My name is George W. Balderas. I am over eighteen (18) years of age, I reside in Hidalgo County, Texas. I have never been convicted of a felony, and I am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein, and they are all true and correct.

Epifanio Rincones is not in the military services as a member of the Armed Forces of the United States of America. On March 5, 2002, I:

✓ personally spoke to Epifanio Rincones and he/she indicated that he/she is not in the military services as a member of the Armed Forces of the United States of America;

__ personally spoke to _____ who indicated that they personally know _____ and that he/she is not in the military services as a member of the Armed Forces of the United States of America;

_____
_____
_____

[If other, please explain facts showing non-military status]

George W. Balderas

George W. Balderas   [Printed Name of Affiant]

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 8th day of March, 2004, to certify which witness my hand and official seal.

Luis A Saenz
My Commission Expires
October 10, 2007

NOTARY PUBLIC in and for
The State of Texas