COURTROOM MINUTES: **Felix Recio Judge Presiding**
                    Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | B Vasquez |
| CSO | : | Figueroa |
| Law Clerk | : | M Knicely |
| Interpreter | : | not needed |
| Date | : | **April 22, 2004 at 2:00 p.m.** |

*United States District Court*
*Southern District of Texas*
FILED

APR 2 2 2004

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-03-217

**DIRECTV, INC.**                    *            Lecia Chaney

vs

EPIFANIO RINCONES                    *

---

### SCHEDULING CONFERNECE

Lecia Chaney present for Plaintiff;

Counsel states defendant has been served, no answer has been filed and will be filing a request for entry of default;

Court adjourned.