UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-217 |
| | § | |
| EPIFANIO RINCONES, | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT EPIFANIO RINCONES' DEFAULT**

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, Directv's Request for Entry of Default and Default Judgment Against Defendant Epifanio Rincones (Docket No. 7) is GRANTED. Furthermore, it is ORDERED that Defendant Rincones is found to have failed to answer the claims of Plaintiff and, accordingly, is in default. Additionally, it is ORDERED that the clerk of the court shall enter a Judgment of Default against Defendant Rincones and in favor of the Plaintiff in this matter, and that Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

 (1) statutory damages in the amount of ten thousand dollars ($10,000.00);
 (2) costs in the amount of two-hundred and ten dollars ($210.00);
 (3) attorney's fees in the amount of four-hundred and ninety-four dollars ($400.00); and
 (4) post-judgment interest equaling _2.10_ % per annum.

In addition, Defendant Rincones is hereby permanently enjoined from committing any violation of 47 U.S.C. § 605, 18 U.S.C. § 2511, or 18 U.S.C. § 2512.

IT IS SO ORDERED.

DONE at Brownsville, Texas this _17_ day of _September_, 2004.

Hilda Tagle
United States District Judge